HARRIET E. STYLER (3150)
Attorney for Trustee
78 "S" Street
Salt Lake City, Utah 84103
 Telephone: (801) 532-7500



## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

--ooOoo--

| | |
|---|---|
| In re | : |
| | : Bankruptcy No. 86-21243 JHA |
| STOKES BROTHERS, INC., | : (Chapter 7) |
| | : |
| Debtor. | : |

--ooOoo--

**NOTICE OF FILING OF TRUSTEE'S AMENDED FINAL REPORT AND
ACCOUNT BEFORE DISTRIBUTION**

**NOTICE OF HEARING ON APPLICATIONS FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**NOTICE OF TRUSTEE'S INTENT
TO DISPOSE OF ESTATE RECORDS**

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST:

  1.  The Amended Final Report of the trustee has been filed and is available for review in the United States Bankruptcy Court for the District of Utah, located in the Frank E. Moss United States Courthouse, at 350 South Main Street, Room 301, Salt Lake City, Utah 84101.

  2.  Harriet E. Styler, trustee, has filed an application for allowance of compensation in the amount of $302.67, and reimbursement of expenses in the amount of $424.18. Kruse, Landa & Maycock, L.L.C., counsel for the trustee, has filed its final application for allowance of compensation in the amount of $4,100.50, and reimbursement of expenses in the amount of $244.18. Daines and Rasmussen, accountants for the trustee, have filed a final fee application for allowance of compensation in the amount of $360. A hearing on the applications is set for the 30th day of September, 1997, at 9:00 a.m., in Room 376, Frank E. Moss Courthouse, 350 South Main Street, Salt Lake City, Utah.

  3.  The trustee hereby gives notice of her intention to dispose of estate records. The trustee has completed her administration of the estate; therefore, the records are no longer needed. Any party interested in taking possession of the records should contact the trustee at the address listed below within 20 days of the date of



this notice. Unless a party in interest takes possession of and responsibility for such records, or an objection to disposal of the records is sustained by the court, they will be disposed of pursuant to the trustee's discretion.

**OBJECTIONS**, if any, to the Trustee's Final Report, the applications of Harriet E. Styler, trustee, Kruse, Landa & Maycock, L.L.C., counsel for trustee, and Daines and Rasmussen, accountant for the trustee, and the trustee's intent to dispose of estate records, as set forth above, must be filed with the United States Bankruptcy Court at the above address within five (5) days prior to the hearing. Copies of any objection must be sent to the United States Trustee, 9 Exchange Place, Suite 100, Salt Lake City, Utah 84111-2709, Harriet E. Styler, 78 "S" Street, Salt Lake City, Utah 84103, and Kruse, Landa & Maycock, L.L.C., 50 West Broadway, Suite 800, Salt Lake City, Utah 84101.

TRUSTEE'S NAME AND ADDRESS:

| | | |
|---|---|---|
| Harriet E. Styler | **TOTAL RECEIPTS:** | $2,685,051.42 |
| 78 "S" Street | **DISBURSEMENTS:** | $2,550,271.38 |
| Salt Lake City, Utah 84103 | **REMAINING BALANCE:** | $ 134,780.04 |

## CLAIMS PAID:

| | |
|---|---|
| CHAPTER 7 ADMINISTRATIVE CLAIMS PAID: | $325,993.56 |
| SECURED CLAIMS PAID: | $2,110,277.82 |
| CHAPTER 11 CLAIM OF ROSS STOKES PAID: | $14,000.00 |
| UNSECURED CLAIMS PAID: | $100,000.00 |

## CLAIMS TO BE PAID:

| | AMOUNT TO BE PAID | PERCENT |
|---|---|---|
| Chapter 7 administrative claims - See attached proposed distribution | $ 12,515.35 | 100% |
| Chapter 11 administrative claims - See attached proposed distribution | $122,264.69 | 36.712% |

DATED this 22nd day of August, 1997.

_____
HARRIET E. STYLER, Trustee

**FINAL HEARING REQUIRED**

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Amended Notice of Filing of Trustee's Final Report and Account Before Distribution, Notice of Hearing on Applications for Compensation and Reimbursement of Expenses, and Notice of Trustee's Intent to Dispose of Estate Records was mailed, this 25 day of Aug, 1997, to all parties listed on the exhibit attached to the Order Limiting Notice of Final Report entered by the court on October 31, 1994, and to the following:

> Office of the United States Trustee
> 9 Exchange Place, Suite 100
> Salt Lake City, Utah 84111-2709
>
> Steven G. Loosle
> Kruse, Landa & Maycock, L.L.C.
> 50 West Broadway, Suite 800
> Salt Lake City, Utah 84101
>
> Randy Dunn
> Daines and Rasmussen
> 495 East 4500 South, Suite 202
> Salt Lake City, Utah 84107

*/s/ Randall E. Styler/*

TRUSTEE'S AMENDED PROPOSED DISTRIBUTION TO
CHAPTER 7 ADMINISTRATIVE CLAIMANTS

Stokes Brothers, Inc., Bankruptcy No. 86-21243 JHA

| Claimants | Type of Claim | Total Allowed | Previously Paid | Amount Owing | Amount to be Disbursed | Percent | Total Distribution |
|---|---|---|---|---|---|---|---|
| Harriet E. Styler | Trustee compensation | $80,636.65 | $80,333.98 | $302.67 | $302.67 | 100% | $80,636.65 |
| Harriet E. Styler | Trustee expenses | $7,148.89 | $6,724.71 | $424.18 | $424.18 | 100% | $7,148.89 |
| Kruse, Landa & Maycock, L.L.C. | Attorney for trustee | $33,884.72 | $29,540.04 | $4,344.68 | $4,344.68 | 100% | $33,884.72 |
| Clerk of the Court | Costs and fees | $5,966.25 | $0.00 | $5,966.25 | $5,966.25 | 100% | $5,966.25 |
| Internal Revenue Service | Post conversion taxes | $5,825.95 | $4,708.38 | $1,117.57 | $1,117.57 | 100% | $5,825.95 |
| Daines and Rasmussen | Accounting fees | $6,187.65 | $5,827.65 | $360.00 | $360.00 | 100% | $6,187.65 |
| Totals | | $139,650.11 | $127,134.76 | $12,515.35 | $12,515.35 | 100% | $139,650.11 |

## TRUSTEE'S AMENDED PROPOSED DISTRIBUTION TO CHAPTER 11 ADMINISTRATIVE CLAIMANTS

Stokes Brothers, Inc., Bankruptcy No. 86-21243 JHA

| Claimants | Type of Claim or Claim Number | Total Allowed | Previously Paid | Amount Owing | Amount to be Disbursed | Percent | Total Distribution |
|---|---|---|---|---|---|---|---|
| Boulden & Gillman | Attorney for debtor | $69,880.04 | $58,388.02 | $11,492.02 | $0.00 | 84% | $58,388.02 |
| Hansen & Anderson | Attorney for cred. comm. | $50,326.06 | $42,107.40 | $8,218.66 | $0.00 | 84% | $42,107.40 |
| Dennis, Juarez | Attorney for cred. comm. | $70,000.00 | $0.00 | $70,000.00 | $25,698.40 | 36.712% | $25,698.40 |
| Peat Marwick | Accountant | $5,813.00 | $0.00 | $5,813.00 | $2,134.07 | 36.712% | $2,134.07 |
| Austin Home Center | Rent | $4,500.00 | $0.00 | $4,500.00 | $1,652.04 | 36.712% | $1,652.04 |
| SLC Sanitary District No. 2 | Claim No. 67 | $474.36 | $0.00 | $474.36 | $174.15 | 36.712% | $174.15 |
| Tiana J. Fatutalie | Claim No. 129 | $130.00 | $0.00 | $130.00 | $47.73 | 36.712% | $47.73 |
| City Public Service | Claim No. 144 | $791.18 | $0.00 | $791.18 | $290.46 | 36.712% | $290.46 |
| Layton Hills Mall Associates | Claim No. 209 | $9,217.24 | $0.00 | $9,217.24 | $3,383.83 | 36.712% | $3,383.83 |
| R & R Joint Venture | Claim No. 284 | $4,677.60 | $0.00 | $4,677.60 | $1,717.24 | 36.712% | $1,717.24 |
| Philip Barshop & Company | Claim No. 284A | $4,419.37 | $0.00 | $4,419.37 | $1,622.44 | 36.712% | $1,622.44 |
| City of Austin | Claim No. 292 | $1,052.44 | $0.00 | $1,052.44 | $386.37 | 36.712% | $386.37 |
| Salt Lake County Assessor | Claim No. 303 | $1,311.85 | $0.00 | $1,311.85 | $481.61 | 36.712% | $481.61 |
| Credit Bureau of SLC | Claim No. 368 | $14.62 | $0.00 | $14.62 | $5.37 | 36.712% | $5.37 |
| Kent J.L. Robinson | Claim No. 389 | $159.36 | $0.00 | $159.36 | $58.50 | 36.712% | $58.50 |
| Advanced TV & Electronics | Claim No. 390 | $2,685.84 | $0.00 | $2,685.84 | $986.03 | 36.712% | $986.03 |
| Idaho Dept. of Employment | Claim No. 424 | $694.64 | $0.00 | $694.64 | $255.02 | 36.712% | $255.02 |
| Idaho Power & Light | Claim No. 431 | $841.62 | $0.00 | $841.62 | $308.98 | 36.712% | $308.98 |
| Industrial Commission | Claim No. 436 | $3,789.61 | $0.00 | $3,789.61 | $1,391.24 | 36.712% | $1,391.24 |
| City of Windcrest, Texas | Claim No. 452 | $1,271.09 | $0.00 | $1,271.09 | $466.64 | 36.712% | $466.64 |
| Idaho First National Bank | Claim No. 505 | $62,116.57 | $0.00 | $62,116.57 | $22,804.24 | 36.712% | $22,804.24 |
| Idaho Power & Light | Claim No. 522 | $1,053.18 | $0.00 | $1,053.18 | $386.64 | 36.712% | $386.64 |
| Internal Revenue Service | Claim No. 549 | $158,019.97 | $0.00 | $158,019.97 | $58,013.71 | 36.712% | $58,013.71 |
| Totals | | $453,239.64 | $100,495.42 | $352,744.22 | $122,264.69 | | $222,760.11 |

Advanced TV & Electronics
6651 South State Street
Salt Lake City, Utah 84107

Anna Drake
Fabian & Clendenin
215 South State, Suite 1200
Salt Lake City, UT 84111

A.O.C.
P.O. Box 955
Kansas City, Missouri 64141

AP Distributors, Inc.
300 Pennsylvania Avenue
Mineola, NY 11501

Atari, Inc.
Department 300
P.O. Box 61839
Sunnyvale, CA 94088

Austin American Statesman
P.O. Box 670
Austin, TX 78767

Austin Home Center
% Schnip Development
P.O. Box 467
Norwichtown, Conn. 06360

Bush Industries
P.O. Box 7103
Buffalo, NY 14240

City of Austin
209 West Ninth Street
P.O. Box 96
Austin, TX 78767

City Public Service
5498 Tally Rd.
San Antonio, TX 78253

City of Windcest, Texas
8601 Midcrown
San Antonio, TX 78239

Coleco Industries
VC 59440
P.O. Box 75289
Chicago, IL 60675

Credit Bureau of Salt Lake City
295 Jimmy Doolittle Road
Salt Lake City, UT 84116

David Leta
Snell & Wilmer
111 East Broadway, Suite 900
Salt Lake City, UT 84111

Dennis, Juarez, Shafer & Young
2049 Century Park East, Ste 1900
Los Angeles, CA 90067

Duane Gillman
McDowell & Gillman
50 W. Broadway, Suite 1200
Salt Lake City, Utah 84101

Diversified Investment
5283 Felland Road
Madison, Wisconsin 53704

Eastman Kodak Company
Department 62644
P.O. Box 62000
San Francisco, CA 94162

Express News
P.O. Box 2171
San Antonio, TX 78297

The Idaho First National Bank
P.O. Box 8247
Boise, ID 83733

Idaho Department of Employment
317 Main Street
Boise, ID 83735

Idaho Power Co.
P.O. Box 70
Boise, ID 83707

Industrial Commission
F. W. Shaw
Collections Supervisor
Dept. of Employment Security
1234 South Main Street
P.O. Box 11800
Salt Lake City, UT 84147

Independent Dealer Services (IDS)
2600 Washington
St. Louis, Missouri 63103

IRS
Attn: Dawna Hill
Special Procedures Function
465 South 400 East
Salt Lake City, UT 84111

John Maycock
201 South Main, Suite 900
Salt Lake City, UT 84111

Kent J.L. Robinson
29 South State, #213
Salt Lake City, UT 84111

Exhibit "A"

Layton Hills Mall Associates
2321 South Highland Drive
Salt Lake City, UT

Newspaper Agency
Corporation
143 South Savarona Way
Salt Lake City, UT 84110

Peat Marwick & Main Co.
60 South Temple
Salt Lake City, UT 84111

R & R Joint Venture
119 Castroville Rd.
San Antonio, TX 78207

Salt Lake City Sanitary
District No. 2
P.O. Box 145
Midvale, UT 84047

San Antonio Light
P.O. Box 161
San Antonio, TX 78291

Vicom Distributing
9127 South 225 West
Sandy, UT 84070

JVC
41 Slater Drive
Elmwood Park, NJ 07407

Oscar Chytraus
P.O. Box 25128
Salt Lake City, UT 84125

Philip Baqrshop & Company
1000 Central Parkway North,
Suite 200
San Antonio, TX 78232

Roger Segal
Cohne, Rapapport & Segal
525 East 100 South, Suite 500
Salt Lake City, UT 84102

Salt Lake County Assessor
2001 South State
Salt Lake City, UT

Tiana J. Fatutalie
2360 E. 1700 S.
Salt Lake City, UT 84108

Video Electronics
P.O. Box 2803
Longview, TX 75606

Marantz
Department 1662
SCF Pasadena, CA 91050

Parsons, Davies, Kinghorn &
Peters
310 South Main, Suite 1100
Salt Lake City, UT 84101

Pioneer Video, Inc.
P.O. Box 422
Montvale, NJ 07645

Ross Stokes
4077 Canyon View Place
Sandy, UT 84070

Samsung Electronics
Department No. 61192
Los Angeles, CA 90088

Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84111

Yamaha
P.O. Box 100845
Atlanta, Georgia 30384

# TRUSTEE'S AMENDED
# DISTRIBUTION WORKSHEET

## Stokes Brothers, Inc., Bankruptcy No. 86-21243 JHA

| | |
|---|---:|
| **GROSS RECEIPTS:** | $2,685,051.42  * |
| TRUSTEE COMPENSATION: | $80,636.65 |
| ATTORNEYS FOR TRUSTEE: | |
|    HARRIET E. STYLER | $6,921.94 |
|    KRUSE, LANDA & MAYCOCK, L.L.C. | $33,884.72 |
|    KINGHORN, PETERS, STYLER & PROBST | $1,443.73 |
|    JOHN MAYCOCK | $66,092.94 |
|    ALLEN NELSON HARDY | $327.60 |
|    ANNA DRAKE | $1,282.26 |
|    RAY, QUINNEY & NEBEKER | $262.00 |
| OTHER PROFESSIONALS: | |
|    DAINES & RASMUSSEN - Accountant for trustee | $6,187.65 |
|    KENT L. THOMAS - Accountant for trustee | $2,087.50 |
|    HANSEN & ANDERSON - Counsel for unsecured creditors' committee | $3,280.10 |
|    GILLMAN & ASSOCIATES - Counsel for debtor | $669.06 |
|                            SUBTOTAL: | $203,076.15 |
| ADMINISTRATIVE COSTS: | |
|    CLERK FEES | $5,966.25 |
|    BOND PREMIUMS | $4,040.00 |
|    TRUSTEE EXPENSES | $7,148.89 |
|    U.S. TRUSTEE FEES | $0.00 |
|    TAXES: Post conversion estate taxes | $5,825.95 |
|    TAXES: Utah State Tax Commission - pre-conversion sales tax | $72,365.83 |
|    TAXES: Utah State Tax Commission - pre-conversion emp. Tax | $4,879.72 |
|    OTHER: | |
|      Check charge | $5.17 |
|      Service charges | $29.40 |
|      Chapter 7 payroll | $13,737.44 |
|      Operating expenses | $2,395.51 |
|      Storage | $3,441.00 |
|      Copies | $4,877.84 |
|      Mailing expenses | $10,594.76 |
|      Cathy Murdock - tax preparation | $125.00 |
|                           SUBTOTAL: | $135,432.76 |
| SECURED CREDITORS: | $2,110,277.82 |
| PRIORITY CREDITORS: | $0.00 |

# TRUSTEE'S AMENDED
# DISTRIBUTION WORKSHEET
## (Page 2)

## Stokes Brothers, Inc., Bankruptcy No. 86-21243 JHA

UNSECURED CREDITORS: $100,000.00
$7,526.18 of the $100,000 was not claimed and was paid to charity pursuant to a court order

OTHER:
Chapter 11 claims proposed to be paid  $122,264.69 *
Ross Stokes - Administrative rent claim  $14,000.00

SUBTOTAL: $136,264.69

**TOTAL DISBURSEMENTS:** $2,685,051.42 *

*These figures are based on the balance in the account through July, 1997. Estate funds will remain in an interest bearing account until final disbursement is authorized. At that time, Chapter 11 claimants will receive a pro-rata share of the additional funds based upon the figures described in the Trustee's Amended Proposed Distribution to Chapter 11 Administrative Claimants