HARRIET E. STYLER (3150)
Attorney for Trustee
456 Flaming Gorge Pines
Dutch John, Utah 84023-9704
 Telephone:  (907) 783-3221

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

--ooOoo--

In re                                  :

                                       :         Bankruptcy No.86-01243 JHA

STOKES BROTHERS,                       :              (Chapter 7)

         Debtor.                       :

                                       :

--ooOoo--

**TRUSTEE'S REPORT UNDER BANKRUPTCY RULE 3011**

Harriet E. Styler, the duly appointed, qualified, and acting trustee of the above-captioned bankruptcy estate, hereby submits the trustee's report under Rule 3011 of the Bankruptcy Rules of Procedure, and respectfully represents as follows:

1.    The funds in the estate were distributed as described in the trustee's final report and account.

2.    The checks issued pursuant to the final report and account were negotiated, with the exception of the following which were either not negotiated or were returned marked as indicated in this pleading:

Dennis, Juarez          $26,038.80-undeliverable as addressed
Austin Home Center       1,673.91-forwarding order expired

*558*

| | | |
|---|---|---|
| SLC Sanitary District | $ | 176.45-returned by creditor |
| Tiana J. Fatutalie | | 48.36-not deliverable as addressed |
| Layton Hills Mall Assoc. | | 3,428.83-no such number |
| Philip Barshop & Co. | | 1,643.92-forwarding order expired |
| **Credit Bureau of SLC** | | 5.44-returned by creditor   *Forfeiture* |
| Idaho Power & Light | | 313.07-returned by creditor |
| Idaho First National Bank | | 23,106.37-not negotiated |
| Idaho Power & Light | | 391.76-returned by creditor |

3.  Submitted with this report is a check in the amount of $56,826.91, made payable the Clerk of the Court for the unclaimed funds registry.

4.  Attached to this report is a bank statement showing a balance of $56,826.91.

DATED this 21st day of February, 2001.

_____
HARRIET E. STYLER
Attorney for Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Trustee's Report under Rule 3011 was mailed, postage fully prepaid, this 2 day of February, 2001, to:

> Laurie A. Crandall
> Assistant United States Trustee
> Boston Building, Suite 100
> 9 Exchange Place
> Salt Lake City, Utah 84111-2709

_____



**COMMUNITY FIRST NATIONAL BANK**
**142 EAST 200 SOUTH**
**SALT LAKE CITY UT 84111**

PAGE: 1
DATE: 01/31/01    ACCOUNT:8241039027
DOCUMENTS:    0

**TELEPHONE:801-531-3400**

**EST OF STOKES BROS DEBTOR**
**HARRIET E STYLER TRUSTEE**
**CASE #86A-01243**                          29-2
**456 FLAMING GORGE PINES**                     0
**DUTCH JOHN UT   84023-9704**                  0

====================================================================
**CALL 1-800-233-9580 FOR TELEPHONE BANKING 24 HOURS A DAY, 7 DAYS A WEEK**

====================================================================
**BUSINESS BASIC ACCOUNT 8241039027**
====================================================================

**LAST STATEMENT 12/29/00**      56,826.91
            **CREDITS**                .00
             **DEBITS**                .00
**THIS STATEMENT 01/31/01**      56,826.91

Member FDIC

SEE REVERSE SIDE FOR IMPORTANT INFORMATION.