HARRIET E. STYLER (3150)
Attorney for Trustee
456 Flaming Gorge Pines
Dutch John, Utah 84023-9704
Telephone: (907) 783-3221

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

--ooOoo--

In re                                       :

                                            :        Bankruptcy No. 86-01243 JHA
        STOKES BROTHERS,                    :               (Chapter 7)

                                            :
            Debtor.                         :

                                            :

--ooOoo--

## TRUSTEE'S SUPPLEMENTAL FINAL REPORT
## AND MOTION FOR DISCHARGE

Harriet E. Styler, the duly appointed, qualified, and acting trustee of the above-captioned bankruptcy estate, hereby submits the trustee's supplemental final report and motion for a discharge. In support of the supplemental final report and motion for discharge, the trustee respectfully represents as follows:

1.      All funds in this estate have been distributed.

2.      Attached hereto are cancelled checks by which disbursements were made.

3.      Attached hereto is a zero bank statement showing final distribution and disbursement of all funds. All checks were cashed by the persons receiving a distribution or the registry.

WHEREFORE, the trustee moves the court to enter an order discharging the

trustee and her surety and closing this case.

DATED this ___9___ day of ___April___, 2001.



HARRIET E. STYLER
Attorney for Trustee


DATED this __16__ day of __April__, 2001.

REVIEWED:
HOWARD R. TALLMAN
United States Trustee


By:_____
LAURIE A. CRANDALL
Assistant United States Trustee

2



COMMUNITY FIRST NATIONAL BANK
142 EAST 200 SOUTH
SALT LAKE CITY UT 84111

Converted from BANCAP

DATE: 03/30/01  ACCOUNT:8241039027
                DOCUMENTS:        1

TELEPHONE:801-531-3400

EST OF STOKES BROS DEBTOR
HARRIET E STYLER TRUSTEE
CASE #86A-01243                                    29-2
456 FLAMING GORGE PINES                               0
DUTCH JOHN UT  84023-9704                             1

```
========================================================================
   CALL 1-800-233-9580 FOR TELEPHONE BANKING 24 HOURS A DAY, 7 DAYS A WEEK

========================================================================
                   BUSINESS BASIC ACCOUNT 8241039027
========================================================================
```

```
                        LAST STATEMENT 02/28/01        56,826.91
                                       CREDITS               .00
                              1 DEBITS                  56,826.91
                        THIS STATEMENT 03/30/01              .00
```

```
              - - - - - - - - - CHECKS - - - - - - - - - -
CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
     151 03/01    56,826.91
```

```
              - - - - - - - - DAILY BALANCE - - - - - - - -
DATE..........BALANCE     DATE..........BALANCE     DATE..........BALANCE
03/01            .00
```

ESTATE OF STOKES BROTHERS, DEBTOR
H.E. STYLER TRUSTEE CASE #86-A01243
50 W. Broadway Suite 800   801-531-7090
Salt Lake City, Utah 84101

GUARDIAN STATE BANK
CITY CENTER OFFICE
142 EAST 200 SOUTH
SALT LAKE CITY, UTAH 84111

151
31-273/1240

$ 56,826 91

Member FDIC

SEE REVERSE SIDE FOR IMPORTANT INFORMATION.